FRANK A. HOURIHAN, PETITIONER

*vs.*

GEORGE F. MAHONEY, INSURANCE COMMISSIONER

Cumberland.   September 23, 1964.

*Appellant appeared pro se.*

SITTING: WILLIAMSON, C. J., WEBBER, TAPLEY, SIDDALL, MARDEN, J.   SULLIVAN, J., did not sit.

Appeal from dismissal of petition for writ of mandamus against the Insurance Commissioner certified to the Law Court under R. S., c. 129, § 17, *et seq.*

The single justice in substance concluded (1) that the petitioner asserted an alleged claim against the Life Insurance Company; (2) that R. S., c. 60, § 62, provided a right of action on such a claim; (3) that the Insurance Commissioner was under no duty to entertain or to hold a hearing upon the claim; and (4) that if the petition was to be considered not as a mandamus petition but as an appeal from a decision of the Insurance Commissioner, it was filed after the expiration of the thirty-day period. R. S., c. 60, § 350.

As the single justice said, in dismissing the petition, "Mandamus is an extraordinary measure and a remedy to be employed only where there is no other legal resource and where the process will be effective. *Dorcourt Co.* v. *Great Northern Paper Co.*, 146 Me. 344; *Steves* v. *Robie*, 139 Me. 359."

The entry will be

*Appeal denied.*